# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN GARCIA,<br><br>                Petitioner,<br><br>    v.<br><br>MARTIN BITER, Warden,<br><br>                Respondent. | Case No. SACV 15-1759-VBF (LAL)<br><br>**ORDER ACCEPTING AMENDED REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Amended Report and Recommendation, Petitioner's Objections and the remaining record, and has made a *de novo* determination. *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

In his Objections, Petitioner simply reargues the merits of the Petition. The Court, therefore, overrules the Objections for the reasons stated in the Amended Report and Recommendation.

Accordingly, IT IS ORDERED THAT:

1. The Amended Report and Recommendation is approved and accepted;
2. Judgment be entered denying the Petition and dismissing this action with prejudice; and

///

3. The Clerk serve copies of this Order on the parties.

DATED: _June 21, 2017_____

*Valerie Baker Fairbank*

HONORABLE VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE