# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN GARCIA, | Case No. SACV 15-1759-VBF (LAL) |
| Petitioner, | **JUDGMENT** |
| v. | |
| MARTIN BITER, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Amended Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: June 21, 2017

*Valerie Baker Fairbank*

HONORABLE VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE